11 So.3d 1002 (2009)
Carl Eugene WILLIAMS, Appellant,
v.
DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for New Century Home Equity Loan Trust 2005-1, Appellee.
No. 1D08-6240.
District Court of Appeal of Florida, First District.
June 25, 2009.
Carl Eugene Williams, pro se, Appellant.
Ben-Ezra & Katz, P.A., Ft. Lauderdale, for Appellee.
*1003 PER CURIAM.
DISMISSED. Ashley v. Moore, 742 So.2d 533 (Fla. 1st DCA 1999).
KAHN, THOMAS, and ROBERTS, JJ., concur.